# UNITED STATES DISTRICT COURT
### for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:23-cr-00128 |
| TRAVIS TAYLOR | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* TRAVIS TAYLOR ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Unlawful possession of a firearm by a convicted felon in violation of Title 18, United States Code Sections 922(g)(1) and 924.

Date: 9/8/2023

_____
*Issuing officer's signature*

City and state: NASHVILLE, TN

Lindsay Newsom, Case Administrator
*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* 9/8/2023 , and the person was arrested on *(date)* 10/26/2023
at *(city and state)* Nashville, TN .

Date: 10/26/2023

_____
*Arresting officer's signature*

ATF SA Kelly Diiorio 6770
*Printed name and title*