<div align="center">

**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**

</div>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )      Criminal Case No.  3:23-cr-128-2 |
| | )      Judge Trauger |
| **TRAVIS TAYLOR** | ) |

<div align="center">

**NOTICE OF SENTENCING DATE**

</div>

The sentencing hearing in the above-styled case is set on **Thursday, February 6, 2025 at 2:00 p.m.** in the United States Courthouse, Courtroom 6C, 719 Church Street, Nashville, Tennessee. You will receive no further notice.

If the defendant is released on bond, his or her failure to appear for sentencing on the above date may result in the forfeiture of bond and/or additional charges.

The defendant is instructed to report immediately to the United States Probation Office of this Court to initiate the Presentence Investigation (719 Church Street, Suite 1100, 1st Floor, 736-5771).  The Probation Office is directed to submit a Presentence Investigation Report to the Court.

<div style="margin-left: 50%">

CLERK

BY:  Debby Sawyer
Courtroom Deputy Clerk

TELEPHONE: 615-736-7157

</div>

NOTE: No continuance can be granted except by Order of the Court.  Any request should be brought to the Court's attention as soon as possible by calling the Courtroom Deputy at the above number.

cc:   United States Attorney
      Defendant
      Counsel for Defendant
      U.S. Probation
      U.S. Marshal